UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA SLADE, individually and as a representative of a class of similarly situated persons,<br><br>                             Plaintiff,<br><br>-against-<br><br>VITALITY HOLDINGS, LLC,<br><br>                             Defendant. | 1:22-cv-08880 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

Dated: October 19, 2022
       New York, New York

                                                       SO ORDERED.

                                                       JENNIFER L. ROCHON
                                                       United States District Judge