UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE, Individually and as the representative
of a class of similarly situated persons,

                                                            Case No.   1:22-cv-8880-JLR

                        Plaintiff,

                - against -

                                                     **NOTICE OF SETTLEMENT**

VITALITY HOLDINGS, LLC,

                       Defendant.
-----------------------------------------------------------X

       Now comes the Plaintiff, Linda Slade, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

       1.      The parties have reached an agreement in principle and a formal settlement agreement containing the agreed-upon terms is in the process of being finalized. Once the Agreement is fully executed, and the terms have been fulfilled, the Parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

       2.      The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

       3.      We respectfully request the Court provide that the parties may seek to reopen the matter for thirty (30) days to assure that the terms of the Agreement have been satisfied.

Dated:  Scarsdale, New York
           November 14, 2022

                                              SHAKED LAW GOUP, P.C.
                                              Attorneys for Plaintiff

                                   By: */s/Dan Shaked*_____
                                      Dan Shaked, Esq.
                                      14 Harwood Court, Suite 415
                                      Scarsdale, NY 10583
                                      Tel. (917) 373-9128
                                      e-mail: ShakedLawGroup@Gmail.com