**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LINDA SLADE, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

- against -

VITALITY HOLDINGS, LLC,

                Defendants.
-------------------------------------------------------------X

Case No. 1:22-cv-8880-JLR

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Vitality Holdings, LLC.

Dated: Scarsdale, New York
       November 30, 2022

                                  SHAKED LAW GOUP, P.C.
                                  Attorneys for Plaintiff

                                  By: /s/ Dan Shaked
                                  Dan Shaked, Esq.
                                  14 Harwood Court, Suite 415
                                  Scarsdale, NY 10583
                                  Tel. (917) 373-9128
                                  e-mail: ShakedLawGroup@Gmail.com

This case is dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice and without costs or attorneys' fees.

Dated: December 1, 2022
       New York, New York

SO ORDERED

/s/ Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**